IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| PATRICK SALA individually and on behalf of all others similarly situated, § § § | |
| Plaintiff, § | Civil Action No. 1:21-cv-00110-DLH-CRH |
| § | |
| v. § | JURY TRIAL DEMANDED |
| § | |
| HORIZON OILFIELD SERVICES, LLC § AND PERSONNEL SERVICES LLC § § | COLLECTIVE AND CLASS ACTION |
| Defendants. | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Patrick Sala and Defendants Horizon Oilfield Services, LLC and Personnel Services LLC hereby stipulate and agree that they have resolved all claims asserted in this case and that this action and all claims contained in this matter should be dismissed with **prejudice**, with no award of costs or attorneys' fees.

Respectfully submitted,

By:  /s/ Ricardo J. Prieto
Melinda Arbuckle
State Bar No. 24080773
marbuckle@eeoc.net
Ricardo J. Prieto
State Bar No. 24062947
rprieto@eeoc.net
Taneska Jones
State Bar No. 24106151
tjones@eeoc.net
Shellist Lazarz Slobin LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

ATTORNEYS FOR PLAINTIFF AND
PUTATIVE COLLECTIVE ACTION
MEMBERS

– and –

By:    /s/ David L. Barron
       David L. Barron
       State Bar No. 00798051
       Cozen O'Connor
       LyondellBasell Tower
       1221 McKinney Suite 2900
       Houston, Texas 77010
       Telephone: (713)-750-3132
       Facsimile: (713) 512-5196

ATTORNEYS FOR DEFENDANT
HORIZON OILFIELD SERVICES, LLC

– and –

By:    /s/ Ross Keogh
       Ross Keogh
       State Bar ID 08355
       Parsons Behle and Latimer
       127 East Main Street, Suite 301
       Missoula, Montana 59802
       Telephone: (406) 317-7220
       Facsimile: (801) 536-6111
       RKeogh@parsonsbehle.com

ATTORNEYS FOR DEFENDANT
PERSONNEL SERVICES LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2022, a true and correct copy of the foregoing document was electronically filed. Notice of this filing will be served on all parties by operation of the Court's Electronic Filing System.

       /s/ Ricardo J. Prieto
       Ricardo J. Prieto